# United States District Court
## Southern District of Georgia

7-Eleven, Inc.

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV411-183

Yash Desai et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Order entered on October 7, 2014, Judgment is hereby entered according with the terms of the consent judgment. This action stands closed.



| October 7, 2014 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |